IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANDREA HALE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:10-cv-00010 |
| | ) JURY DEMANDED |
| UNITED REGIONAL MEDICAL CENTER, JEFF WOLFE, DAVID FLORENCE, GARY BRYANT, and WENDELL McABEE, | ) ) ) ) |
| Defendants. | ) ) |

**AGREED ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE, WINCHESTER DIVISION**

Defendants, Coffee Medical Group, LLC d/b/a United Regional Medical Center, improperly sued as "United Regional Medical Center" ("URMC"), Jeff Wolf (incorrectly sued as "Jeff Wolfe") ("Wolf"), David Florence ("Florence"), Gary Bryant ("Bryant") and Wendell McAbee ("McAbee"), moved to dismiss and, in the alternative, to transfer this action to the U.S. District Court for the Eastern District of Tennessee, Winchester Division, pursuant to 28 U.S.C. §§ 1406(a) and 1404(a); Plaintiff Andrea Hale has no opposition to the transfer as all alleged conduct giving rise to this action took place in Coffee County, Tennessee, and this action could have been brought in the United States District Court for the Eastern District of Tennessee in that said court would have had jurisdiction over the subject matter of the claims asserted in the Complaint under 28 U.S.C. § 1331.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that Defendants' motion to dismiss and in the alternative to transfer be, and hereby is, GRANTED and that this action is transferred to the United States District Court for the Eastern District of Tennessee,

Winchester Division for all purposes. Defendants' motion to dismiss based upon improper venue is denied as moot. Defendants' other pending motion to dismiss will be transferred to the Eastern District, Winchester Division, for consideration by that Court.

ENTER this 26th day of March, 2010.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```

APPROVED:

| | |
|---|---|
| s/Jeffery B. Cox *(by permission)* | s/Louis P. Britt III |
| Catrina M. Hewlett   TN # 28454 | Louis P. Britt III     TN #5613 |
| Jeffery B. Cox, Esq.  TN # 23574 | Delaine R. Smith       TN #15027 |
| 218 West Main Street | FORD & HARRISON LLP |
| Murfreesboro, Tennessee 37130 | 795 Ridge Lake Blvd., Suite 300 |
| (615) 896-3233 | Memphis, Tennessee 38120 |
| (615) 848-9099 *facsimile* | Telephone:  (901) 291-1500 |
| Chewlett81@yahoo.com | Telefax:    (901) 291-1501 |
| jcoxatty@yahoo.com | lbritt@fordharrison.com |
| | dsmith@fordharrison.com |
| Attorneys for Plaintiff | Attorneys for Defendants, United Regional Medical Center, Jeff Wolf, David Florence, Gary Bryant and Wendell McAbee |